**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60262-CIV-SMITH**

RAYMOND T. MAHLBERG,

                Plaintiff,

v.

GENESCO, INC.,

                Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

      Plaintiff, RAYMOND T. MAHLBERG, and Defendant, GENESCO INC., by and through undersigned counsels hereby file this Joint Notice of Settlement to notify this Court that Plaintiffs and Defendant have settled this matter and will file to dismiss the case within 45 days.

Dated this 18 March, 2024

By: */s/Acacia Barros*
**ACACIA BARROS, P.A.**
Acacia Barros, Esq.
FBN: 106277
11120 N. Kendall Dr., Suite 201
Miami, Florida 33176
Tel: 305-639-8381
ab@barroslawfirm.com

*Counsel for Plaintiff*

By*: /s/Joel Griswold*
**BAKERLAW**
Florida Bar No. 1008827
One North Wacker Drive, Suite 4500
Chicago, IL, 60606
Tel: 312-416-6238
jcgriswold@bakerlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March 2024 that the foregoing document has been filed using CM/ECF system and will be served via email when Defendant's counsel enters an appearance.

                                   /s/
                                   ACACIABARROS, ESQ.
                                   ACACIA BARROS, P.A.
                                   Attorney for Plaintiff