## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-60262-CIV-SMITH

RAYMOND T. MAHLBERG,

     Plaintiff,

vs.

GENESCO INC.,

     Defendant.

_____/

### ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Dismissal [DE 110].  Accordingly,

it is

ORDERED that:

1.     This matter is **DISMISSED with prejudice**.

2.     All pending motions are **DENIED as moot.**

3.     Each party shall bear its own costs and attorneys' fees.

4.     This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of April, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     counsel of record